# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-1243**  **September Term, 2022**

LOC-86FR59452

**Filed On:** January 27, 2023

National Religious Broadcasters
Noncommercial Music License Committee,

        Appellant

    v.

Copyright Royalty Board and Librarian of
Congress,

        Appellees

------------------------------

Google LLC, et al.,
        Intervenors

------------------------------

Consolidated with 21-1244, 21-1245

**BEFORE:** Millett, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the joint proposal for oral argument format, it is

**ORDERED** that the following format apply in these consolidated cases, which are scheduled for oral argument before this panel at 9:30 a.m. on Friday, February 17, 2023.

**I.**     **No. 21-1245, National Association of Broadcasters v. Copyright Royalty Board**

| Party | Time | Counsel |
| --- | --- | --- |
| National Association of Broadcasters | 15 minutes | Samir Deger-Sen |
| Copyright Royalty Board and Librarian of Congress | 15 minutes | Jennifer Utrecht |
| Rebuttal | (as reserved) | |

**II.**  **No. 21-1243, National Religious Broadcasters Noncommercial Music License Committee v. Copyright Royalty Board**

| Party | Time | Counsel |
|---|---|---|
| National Religious Broadcasters Noncommercial Music License Committee | 15 minutes | Karyn Ablin |
| Copyright Royalty Board and Librarian of Congress | 15 minutes | Jennifer Utrecht |
| Rebuttal | (as reserved) | |

**III.**  **No. 21-1244, SoundExchange, Inc. v. Copyright Royalty Board**

| Party | Time | Counsel |
|---|---|---|
| SoundExchange, Inc. | 15 minutes | Matthew Hellman |
| Copyright Royalty Board and Librarian of Congress | 10 minutes | Jennifer Utrecht |
| Google LLC | 5 minutes | David Mattern |
| Rebuttal | (as reserved) | |

Argument will be conducted in the order listed. Form 72 should be completed and submitted by February 10, 2023.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:
Notification to the Court from Attorney Intending to Present Argument (Form 72)