# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS NONCOMMERCIAL MUSIC LICENSE COMMITTEE, ET AL. *Appellants*, v. COPYRIGHT ROYALTY BOARD AND LIBRARIAN OF CONGRESS, *Appellees*. ──────────────────── GOOGLE LLC, ET AL., *Intervenors*. | Nos. 21-1243, 21-1244, 21-1245 Oral Argument Scheduled for February 17, 2023 |

**JOINT PROPOSAL FOR ORAL ARGUMENT FORMAT**

Pursuant to this Court's letter dated December 23, 2022, the parties in these consolidated cases—Appellant/Intervenor National Association of Broadcasters ("NAB"); Appellant/Intervenor National Religious Broadcasters Noncommercial Music License Committee ("NRBNMLC"); Appellant/Intervenor SoundExchange, Inc. ("SoundExchange"); Appellees Copyright Royalty Board ("Board" or "CRB") and Librarian of Congress; and Intervenor Google LLC ("Google")—hereby jointly respond to the Court's request that the parties submit a proposed format for oral argument.

1

The parties have conferred and agree that, for each of the three appeals, the Court should allow 15 minutes of argument time per side. Moreover, because the issues presented in each appeal are distinct, the parties propose that the Court hear the arguments for each appeal seriatim, starting with the arguments in NAB's appeal (No. 21-1245), followed by the arguments in NRBNMLC's appeal (No. 21-1243), followed by the arguments in SoundExchange's appeal (No. 21-1244). Finally, the government has agreed to cede 5 minutes of its argument time to counsel for Google as intervenor.

A chart specifying the parties' proposed argument format is provided on the following pages.

| Party | Argument Time | Counsel | Issues |
|---|---|---|---|
| Appellant NAB (No. 21-1245) | 15 minutes (less time reserved for rebuttal) | Samir Deger-Sen | • Whether the Board's decision to subject simulcasters to the same rates that apply to custom radio providers is arbitrary, capricious, or otherwise not in accordance with law.<br>• Whether the Board's decision to double the minimum fee for licensees is arbitrary, capricious, or otherwise not in accordance with law. |
| Appellees CRB and Librarian of Congress | 15 minutes | Jennifer Utrecht | • Responses to issues raised by NAB. |
| Appellant NAB | Time reserved for rebuttal | Samir Deger-Sen | • Rebuttal. |
| Appellant NRBNMLC (No. 21-1243) | 15 minutes (less time reserved for rebuttal) | Karyn Ablin | • Whether the Board's decision to set higher rates for noncommercial religious broadcasters than for noncommercial broadcasters affiliated with National Public Radio ("NPR") violates the Religious Freedom Restoration Act and the Free Exercise and Free Speech Clauses of the First Amendment.<br>• Whether the Board's rejection of the rates applicable to NPR broadcasters as benchmark rates for religious broadcasters and other |

3

| Party | Argument Time | Counsel | Issues |
|---|---|---|---|
| | | | noncommercial webcasters is arbitrary, capricious, or otherwise not in accordance with law.<br><br>• Whether the Board's decision to apply commercial-level rates to noncommercial webcasting above a listener threshold violates the statutory willing-buyer-willing-seller standard and otherwise lacks substantial evidence or is arbitrary, capricious, or not in accordance with law. |
| Appellees CRB and Librarian of Congress | 15 minutes | Jennifer Utrecht | • Responses to issues raised by NRBNMLC. |
| Appellant NRBNMLC | Time reserved for rebuttal | Karyn Ablin | • Rebuttal. |
| Appellant SoundExchange (No. 21-1244) | 15 minutes (less time reserved for rebuttal) | Matthew Hellman | • Whether the CRB's decision to set webcasting rates below opportunity cost was contrary to law and arbitrary and capricious.<br><br>• Whether it was contrary to law and arbitrary and capricious for the CRB to ignore record evidence that opportunity cost was higher than it found. |

4

| Party | Argument Time | Counsel | Issues |
|---|---|---|---|
| Appellees CRB and Librarian of Congress | 10 minutes | Jennifer Utrecht | • Responses to issues raised by SoundExchange. |
| Intervenor Google | 5 minutes | David Mattern* (*admission to D.C. Circuit pending) | • Responses to issues raised by SoundExchange. |
| Appellant SoundExchange | Time reserved for rebuttal | Matthew Hellman | • Rebuttal. |

USCA Case #21-1243    Document #1981529    Filed: 01/13/2023    Page 5 of 8

Dated: January 13, 2023

/s/ Karyn K. Ablin
Karyn K. Ablin
FLETCHER, HEALD & HILDRETH, PLC
1300 North 17th Street, Suite 1100
Arlington, VA 22209
(703) 812-0443
ablin@fhhlaw.com

*Counsel for National Religious Broadcasters Noncommercial Music License Committee*

/s/ Matthew S. Hellman
Matthew S. Hellman
Eric E. Petry
Victoria Hall-Palerm
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
mhellman@jenner.com

*Counsel for SoundExchange, Inc.*

Respectfully submitted,*

/s/ Sarang V. Damle
Sarang V. Damle
Blake E. Stafford
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
sy.damle@lw.com

Samir Deger-Sen
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Joseph R. Wetzel
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600

*Counsel for National Association of Broadcasters*

---

\* Pursuant to D.C. Circuit Rule 32(a)(2), counsel for all parties have consented to their signatures appearing on this document.

6

*/s/ Kenneth L. Steinthal*
Kenneth L. Steinthal
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
ksteinthal@kslaw.com

Joshua N. Mitchell
David P. Mattern (*admission pending*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626-2907

*Counsel for Google LLC*

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht
Daniel Tenny
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7710*
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-9039
Jennifer.L.Utrecht@usdoj.gov

*Counsel for Copyright Royalty Board and Librarian of Congress*

# CERTIFICATE OF COMPLIANCE

The foregoing document complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 508 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1).

The foregoing document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a) and D.C. Circuit Rule 32(e)(2)(C) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated:  January 13, 2023                                         */s/ Sarang V. Damle*
                                                                                       Sarang V. Damle

# CERTIFICATE OF SERVICE

I certify that on January 13, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit through the Court's CM/ECF system.  All parties are represented by registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Sarang V. Damle*
Sarang V. Damle